UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL WALTER JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DR. ZEPP, et al.,<br><br>　　　　　Defendants.<br>_____ / | 1:10-cv-2280-LJO-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIONS<br><br>(ECF No. 25) |

Plaintiff Wendell Walter Johnson ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 27, 2011, the Magistrate Judge filed a Findings and Recommendation recommending that Plaintiff's motions for preliminary injunctions be denied. (ECF No. 25.) Plaintiff has failed to file objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed December 27, 2011, are adopted in full; and

2. Plaintiff's Motions for Preliminary Injunctions (ECF Nos. 18 & 19) are DENIED.

IT IS SO ORDERED.

**Dated:   March 21, 2012**　　　　　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE