1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8
9

## EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19

| | |
|---|---|
| WENDELL WALTER JOHNSON, | CASE NO.   1:10-CV-02280-LJO-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| v. | (ECF NO. 29) |
| DR. ZEPP, | |
| Defendants. | |
| _____/ | |

20
21
22
23
24
25
26
27

Plaintiff Wendell Walter Johnson, a state prisoner proceeding pro se and in forma pauperis commenced this civil rights action on September 14, 2010 in the United States District Court for the Central District of California ("CDCA") pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1.) The CDCA dismissed certain claims and transferred the matter to the    United States District Court for the Eastern District of California. (Report and Recommendation, ECF No. 5; Supplemental Report and Recommendation, ECF No. 10;

-1-

Order Adopting, ECF No. 11; Order Transferring Venue, ECF No. 12.)

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On April 16, 2012, the Magistrate Judge screened Plaintiff's First Amended Complaint and finding a cognizable claim (Order, ECF No. 28), filed on April 17, 2012 Findings and Recommendations for Dismissal of Certain Claims and Defendants (Findings and Recommendations, ECF No. 29), in which the Magistrate Judge recommended dismissal of all claims asserted and all Defendants named in Plaintiff's First Amended Complaint except for his First Amendment Retaliation claim against Defendant Zepp.

Plaintiff was notified that his Objection, if any, was due within thirty (30) days. Plaintiff did not file an Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///////

///////

///////

///////

///////

///////

Accordingly, IT IS HEREBY ORDERED that:

1.    The Court adopts the Findings and Recommendations filed April 17, 2012,

       in full,

2.    Plaintiff's First Amended Complaint, except for the First Amendment

       retaliation claim against Defendant Zepp shall be dismissed and

       Defendants California Department of Corrections and C.O. Flowers shall

       also now be dismissed, with prejudice.

IT IS SO ORDERED.

**Dated:    May 24, 2012**                          **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE

-3-