IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL WALTER JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>DR. ZEPP,<br><br>    Defendant.<br>_____/ | CASE No. 1:10-cv-02280-LJO-MJS (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE<br><br>(ECF No. 39) |

    Plaintiff Wendell Walter Johnson, a state prisoner proceeding pro se and in forma pauperis, commenced this civil rights action on September 14, 2010 in the United States District Court for the Central District of California ("CDCA") pursuant to 42 U.S.C. § 1983. (ECF No. 1.) This matter proceeds on the retaliation claim against Defendant Zepp in Plaintiff's First Amended Complaint. (ECF No. 30.) Defendant Zepp filed his Answer. (ECF No. 35.) The Court issued its Discovery and Scheduling Order (ECF No. 36) providing a discovery cut-off date of May 20, 2013.

    Pending before the Court is Defendant's April 4, 2013 Request to Conduct Plaintiff's Deposition Via Videoconference pursuant to Fed. R. Civ. P. 30(b)(4). (ECF No. 39.)

    Good cause having been shown, Defendant's Request is HEREBY GRANTED,

-1-

provided that nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

IT IS SO ORDERED.

Dated:     April 8, 2013                    /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE